```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
  SERAPIO RAFAEL, INDIVIDUALLY; JOSE            :
  LUIS TEPALE, INDIVIDUALLY;                    :
                                                :
                         Plaintiffs,            :
                                                :
             -against-                          :
                                                :
                                                :
                                                :
  MEER TRADING LLC, JOINTLY AND                 :
  SEVERALLY D/B/A RAFAEL DRY                    :
  CLEANERS; MICHAEL KHATAMOV A/K/A              :
  RAFIK KHATAMOV OR MATAT KHATAMOV              :
                                                :
                         Defendants.            :
-------------------------------------------------------------X
```

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: 08/28/2020 |

20-CV-4722 (VEC)

<u>ORDER</u>

**VALERIE CAPRONI, District Judge:**

WHEREAS the Court ordered the parties to provide a status report, no later than August 14, 2020, Dkt. 18;

WHEREAS no such report was received;

IT IS HEREBY ORDERED that the parties must file a joint letter, no later than **September 1, 2020**, updating the Court and explaining the failure to file the status report as directed.

**SO ORDERED.**

Date: **August 28, 2020**
      **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**